UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>HILDA I NAZARIO TIRADO<br><br>     DEBTOR (S) | CASE NO. 05-05164-BKT<br><br>CHAPTER 13 |

TRUSTEE'S OBJECTION TO CLAIM #06-1
FILED BY (OR ON BEHALF OF):COOP A/C SABANA GRANDE

TO THE HONORABLE COURT:

   NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

   The Trustee objects to Claim #06-1, filed on August 18, 2005 for the amount of $114,452.00, classified as SECURED on the following grounds:

- Failure to comply with BR 3001(c), no written evidence of the claimed debt was filed with the proof of claim.
- Failure to comply with BR 3001(d), no evidence of perfection of claimed security interest was filed with the proof of claim.

   WHEREFORE the Trustee respectfully prays that this motion be granted for the reason herein set forth and that an order be entered:

   Disallowing objected Claim.

   30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

   In San Juan, Puerto Rico this Tuesday, February 19, 2008.

                                    /s/ Jose R. Carrion
                                    JOSE R. CARRION
                                    CHAPTER 13 TRUSTEE
                                    PO Box 9023884, Old San Juan Stat.
                                    San Juan, PR 00902-3884
                                    Tel. (787) 977-3535
                                    Fax  (787) 977-3550

HILDA I NAZARIO TIRADO

VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies that on this same date, I personally and duly notified a true and exact copy of the attached motion to each party below listed.

| | |
|---|---|
| HILDA I NAZARIO TIRADO<br>URB MANSIONES<br>C 25 BUZON 82<br>SABANA GRANDE, PR 00637 | COOP A/C SABANA GRANDE<br>22 AVE QUILICHINI<br>SABANA GRANDE, PR 00637-1906 |
| LUBE & SOTO LAW OFFICES PSC<br>702 UNION STREET APT G-1<br>CONDOMINIO UNIMAR<br>SAN JUAN, PR 00907-4202 | COOP A/C SABANA GRANDE<br>PO BOX 434<br>SAN GERMAN, PR 00683 |

In San Juan, Puerto Rico this Tuesday, February 19, 2008.

*Olga Sosa*
_____
Chapter 13 Clerk